STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310)452-3200

Presented on behalf of
Plaintiff, Stephen Yagman

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| STEPHEN YAGMAN, | CV-14-04696-MWF(AGRx) |
|---|---|
| Plaintiff, | **PLAINTIFF'S REQUEST FOR HOW ACTION SHOULD PROCEED** |
| v. | |
| **GENERAL MOTORS COMPANY, MARY BARRA, and UNKNOWN NAMED DEFENDANTS 1-20,** | |
| Defendants. | Judge Michael W.  Fitztgerald |

Plaintiff requests that the court indicate how this action now should proceed.

Respectfully submitted,

YAGMAN + REICHMANN, LLP

By: _____/s/_____
**STEPHEN YAGMAN**